**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDREW A. VELEZ,                         )   NO. CV 12-1469-GHK (KS)
                           Petitioner,   )
             v.                          )   JUDGMENT
                                         )
M.D. BITER, Warden,                      )
                           Respondent.   )
_____  )

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   11/16/16                        _____
                                         UNITED STATES DISTRICT JUDGE